UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-03624 KK (DSR)                                          Date: April 23, 2026

Title       PHUC VINH HOANG v. PAM BANDI, ET AL.

Present: The Honorable:   Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**          (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED AS MOOT**

On December 30, 2025, Petitioner filed a pro se Petition for Writ of Habeas Corpus
challenging his ongoing detention at the ICE Processing Center in Adelanto, California. See Pet.
(Doc. No. 1). Petitioner was, at least at that time, being held there awaiting deportation pursuant
to an Order of Removal that had become final in 1998. Id. at ¶ 4. Petitioner was most recently
detained by ICE on August 25, 2025. Id. He alleged in his Petition that his 90-day mandatory-
removal period expired on November 25, 2025, and there was "no significant likelihood of [his]
removal in the reasonably foreseeable future . . . ." Id. at ¶¶ 8, 30. He therefore contended that
his continued detention was unconstitutional under Zadvydas v. Davis, 533 U.S. 678 (2001), and
requested a Writ ordering his release on supervision. See Pet. at Prayer ¶ 3.

On January 9, 2026, the Court referred this case to the Office of the Federal Public
Defender for consideration of appointment of counsel to represent Petitioner. See Doc. No. 4.
On January 16, 2026, Jonathan Aminoff of that office filed a Notice of Appearance on
Petitioner's behalf. See Doc. No. 5. The Court then ordered Respondents to file a Response to
the Petition. See Doc. No. 6.

On March 2, 2026, Respondents filed their Response. See Doc. No. 10. Therein, they
represent (supported by a Declaration of Deportation Officer Jorge Suarez) that Petitioner was

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   5:25-cv-03624 KK (DSR)                                              Date: April 23, 2026

Title       PHUC VINH HOANG v. PAM BANDI, ET AL.


removed to Vietnam on January 18, 2026.  Id. at 2:3; Suarez Decl. (Doc. No. 10-1) at ¶ 12.[1] Respondents therefore argued that this case is moot and asked that the Petition be denied on that basis.  Doc. No. 10 at 3:9-10.  Petitioner, though now represented by counsel, has not filed a Reply – either to contest the evidence that Petitioner has been removed to Vietnam (and therefore is no longer in Respondents' custody awaiting removal) or to dispute the argument that the case is now moot.

Petitioner is hereby ORDERED TO SHOW CAUSE in writing within 14 days of the date of this Order why this case should not be dismissed as moot.  FAILURE TO RESPOND TO THIS ORDER BY THE DEADLINE WILL RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED AS MOOT.

IT IS SO ORDERED.


|  | : |
|---|---|
| **Initials of Preparer** | LK |

---

[1]      The Court notes that on January 27, 2026, mail addressed to Petitioner at the Adelanto ICE facility (containing the Court's Order referring this cast to the Federal Public Defender for appointment of counsel) was returned by the Postal Service undelivered.  See Doc. No. 8.  The envelope was marked that the addressee was "no longer at [that] address."