JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-03624-KK-DSRx** | Date: | May 26, 2026 |
|---|---|---|---|

| Title: | ***Phuc Vinh Hoang v. Pam Bandi et al.*** |
|---|---|

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order DISMISSING Petition for Writ of Habeas Corpus [Dkt. 1]**

On December 30, 2025, petitioner Phuc Vinh Hoang ("Petitioner") filed a Petition for Writ of Habeas Corpus against respondents Pam Bandi and Kristi Neom (collectively, "Respondents"). ECF Docket No. ("Dkt.") 1, Petition ("Pet."). On January 16, 2026, the Office of the Federal Public Defender appeared on Petitioner's behalf. Dkt. 5. On January 20, 2026, the Court issued an Order requiring Respondents to file either a motion to dismiss within 30 days of the Order or an Answer to the Petition within 45 days of the Order. Dkt. 6.

On March 6, 2026, Respondents filed an Answer indicating Petitioner was removed to Vietnam on January 18, 2026 and contending the Petition is thus moot. Dkt. 10, Answer at 2-3. In support of their Answer, Respondents submit a declaration from a deportation officer confirming Petitioner was removed from the United States. Dkt. 10-1, Declaration of Jorge Suarez ¶ 12.

On April 23, 2026, the Court ordered Petitioner to show cause in writing within fourteen days why the case should not be dismissed as moot. Dkt. 11. Petitioner was expressly warned "failure to respond . . . will result in a recommendation that the case be dismissed as moot." Id. at 2 (emphasis omitted). To date, Petitioner has not responded to the Court's April 23, 2026 Order.

///

///

///

| Page **1** of **2** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DC |
|---|---|---|

JS-6

Having considered the factors outlined in <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992), the Court finds dismissal of the Petition without prejudice is appropriate in light of Petitioner's failure to respond to the Court's April 23, 2026 Order.  <u>See</u> Fed. R. Civ. P. 41(b); <u>see also</u> C.D. Cal. L.R. 7-12.  Accordingly, the Petition for Writ of Habeas Corpus is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED**.  (JS-6)